IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HARRIS CAPROCK COMMUNICATIONS, INC., <br> Plaintiff, <br><br> V. <br><br> TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE, <br> Defendant. | CIVIL ACTION NO. 4:15-CV-00130 |

## DOCKET CONTROL ORDER

Anticipated Length of Trial: __5__ Days          Jury: __X__   Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1.  (a) **NEW PARTIES** shall be joined by:                                          July 1, 2015
    The attorney causing the addition of new parties must provide
    copies of this Order to new parties.

    (b) **AMENDMENTS to PLEADINGS** by Plaintiff or Counter-
    Plaintiff shall be filed by:                                                     September 30, 2015
    (Absent parties' agreement or court approval, answers
    may not be amended more than 21 days after this date.
    **Answers to amended claims and counterclaims** are due 21
    days after amended claims or counterclaims are filed.)

2.  **EXPERT WITNESSES for PLAINTIFF/COUNTER-
    PLAINTIFF** shall be identified by a report listing the
    qualifications of each expert, each opinion the expert will present,
    and the basis for each opinion. DUE DATE:                                        December 11, 2015

3.  **EXPERT WITNESSES for DEFENDANT/COUNTER-
    DEFENDANT** shall be identified by a report listing the
    qualifications of each expert, each opinion the expert will present,
    and the basis for each opinion. DUE DATE:                                        February 11, 2016

    3a. *Rebuttal opinions of existing experts due*                                  *February 26, 2016*

---

**DOCKET CONTROL ORDER - Page 1**                                                    3410373 v1 (77325.00027.000)

4. **DISCOVERY** must be completed by:      March 31, 2016
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. **MEDIATION/ADR:**
      _X_ Required;    ____ Strongly suggested
      ____ Parties' Option
   **ADR TO BE COMPLETED** by:      *Docket Call* ~~30 days before trial~~

6. **DISPOSITIVE MOTIONS** will be filed by:      April 29, 2016

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but *not* including other motions in limine) will be filed by:      April 29, 2016
   (Typically this date will match ¶ 6.)

8. **JOINT PRETRIAL ORDER** will be filed by:      July 15, 2016
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

9. **DOCKET CALL** is held in Courtroom 9-F, starting at ~~1:00~~ *3:00* p.m. on the date listed here. (The Court will set this date.) Absent parties' agreement, no documents filed within 5 days before the Docket Call will be considered at Docket Call without prior permission of the Court to late file      *July 26, 2016*

_May 11, 2015_
**Date**

_/s/ Nancy F. Atlas_
**NANCY F. ATLAS**
**UNITED STATES DISTRICT JUDGE**

APPROVAL REQUESTED:

/s/ Lawrence T. Bowman      4/17/2015
Lawrence T. Bowman      Date
Counsel for Plaintiff

/s/ Andrew T. McKinney      4/17/2015
Andrew T. McKinney      Date
Counsel for Defendant